
Congrats
GRAD
Congrats
GRAD

Dear Judge Beckwith,

The only day me and my dad get to play with toys is Wensday night for two hours only, and thats not fair. Wensday is my favorite day of the week because I get to spend time with my dad. I wish my dad was home so that we cold play catch and stuff, like when he was home. I miss my dad because I hardly see him during the week. With me years are slow. Please let my daddy come home sooner.

Sincerely,
Steven Kapp

August 10, 2005

Dear Honorable Judge Beckwith,

I am writing you this letter in regards to my husband Larry Anthony Kapp who is currently incarcerated at Tucson Federal Correctional Institute in Tucson, Arizona. The matters that I would like to address are the grounds for the appeal that we have recently filed, as well as, Larry's readiness to return to society as a law-abiding citizen. This letter was mailed with the appeal as an attachment; therefore, you should receive it at the same time as the appeal. Please take the following information into serious consideration while presiding over our appeal.

First of all I would like to shed some light on an issue that affected your sentencing of Larry. When you sentenced Larry you lengthened the amount of time that he was to be incarcerated because of his continued drug use. Larry continued to test positive for drugs because his lawyer at the time, Bert Polis, had informed him that if he could prove a drug problem he would get a year off of his sentence for completing a drug rehabilitation program. I know that Mr. Polis told my husband this because I was in the room when he was discussing it with Larry and I heard Mr. Polis say it. I did not agree with the advice but lacking through knowledge of the law we placed our faith in Mr. Polis' hands. Ironically, however, the very thing that we were advised would reduce Larry's sentence, his drug use, actually had the opposite effect; it caused you to increase his sentence. Mr. Polis did not adequately represent Larry, because Mr. Polis' bad advice led to the lengthening of Larry's sentence.

Another matter that I would like to bring to your attention is Larry's ineligibility for the drug rehabilitation program. In the courtroom, during Larry's sentencing, you stated your assumption that he would be admitted into the drug rehabilitation program and get a year off his sentence, and therefore, you further increase the length of the time he was to be incarcerated in order to compensate for this. The Federal Bureau of Prisons, however, has determined that Larry is not eligible to receive the year off his sentence upon completion of the program.

Larry, however, has been working hard to better himself and make the most of the time he must serve in prison. Since Larry has been at Tucson Federal Correctional Institute he has eagerly participated in all available educational programs that the Institution offers. He is a devoted family man and thus, continually participates in the P.A.C.T. Parenting Educational Program, which has taught him many valuable parenting techniques. This is a wonderful program because it allows him to, every Wednesday, nights spend one-on-one time with his son playing, helping him with his homework, and just being a dad. Larry has also completed the Drug Education Program. In addition, Larry has earned several certificates from Pima Community College, and would have earned an Associates of Environmental Science if Tucson Federal Correctional Institute had not discontinued the program. We were very disappointed that they choose to end the program when they did because Larry needed only two more classes to complete his degree. I have enclosed copies of the many certificates that Larry has earned, as well as, a

copy of his transcripts from Pima Community College so that you can see the tremendous progress that he has made.

Obviously, more than anything I would like my husband home with me, but despite this I am still very grateful that he is here in Tucson were we can see him every week. Larry is a good husband and a wonderful father; he is dearly missed at home. Since Larry has been gone I have been stretched to the limit trying to be a single parent, provider, housekeeper, and all while putting myself through college. On my single income finances have been very tight so I have often had to rely on food stamps to put food on the table. Having my husband home would greatly ease this burden that I have had to bear alone. But most of all he is my husband and I love him; I need him to come home. I know that Larry made a mistake, and broke the law, for that he should be punished but I pray that you have mercy on him; that you have mercy on us all. I pray that you end this misery that has been inflected not only on Larry but on those that love him as well. Larry is capable and ready to return to society as a law-abiding citizen. So in light of the above information, I would like to ask you with all due respect to consider amending Larry's sentence. Thank you for your time and consideration in this matter.

Sincerely,

Monica Kopp

Aug 10, 2005

To Judge Judith Beckwith,

I'm writing this letter concerning Larry A. Kopp. I have known Larry for the last 18 years. I have a lot of respect for him and I know He has respect for me. He has done so well, we are all proud of him.

We worked together at one time, and I was his supervisor. He also did good work and was always on time. and he worked well with others. Since He has been incarcerated He has been earning college credits.

Larry made a mistake but I think he's learn't his lesson. He has a wife and son waiting on him and it's very hard on them. His Mother has not been well lately and this is very hard on her. She had 2 surgery's this year and one due Aug 30, 2005.

I hope something can be done to get him out on a ~~[illegible]~~ early release.

Thank You,
Charles Tucker

Aug 12, 2005

Dear Judge Bickwith

I'm Larry Kapp's mother, Lucinda Kapp. You probably wonder how men are doing after you sentenced them. Larry is doing Real good. I'm proud of him.

His college credits he has recived will really come in handy when he looks for a job. The sKills he already learned on the outside has got him a good job in prison on construction.

But he has alot more time left than we expected. He has me and his family waiting. Please Consider his appeal. We really do appreciate him in Tucson.

Thank You,
Lucinda Kapp



# *Certificate of Completion*

This is to certify that

Larry Kapp #03535-061

has completed the Drug Education Program
at the Federal Correctional Institution, Tucson, Arizona.

*February 27 , 2003*
*Date*

*Signed* [signature], DTS

# CERTIFICATION OF COMPLETION

PARENTS AND CHILDREN TOGETHER, INC.

presents this certificate to

## Larry Kapp

for completion of the
P.A.C.T. Parenting Education class

August 18, 2003

Donna Bailey

Donna Bailey, Executive Director

Arizona Department of Environmental Quality
Operator Certification Program
1110 West Washington Street
Phoenix, Arizona 85007

The Arizona Department of Environmental Quality hereby issues this Certificate of Registration as a

**Grade 1 Wastewater Collection System Operator**

to **LARRY KAPP**

This certificate has been issued pursuant to Arizona Revised Statutes Title 49, Chapter 2, Articles 9 and 10, and Arizona Administrative Code Title 18, Chapter 5, Article 1.

| Operator ID No. | Expiration Date |
|---|---|
| 22054 | 5/31/2007 |

LARRY KAPP
8901 S WILMOT RD
TUCSON, AZ 85706-

# ARIZONA DEPARTMENT OF ENVIRONMENTAL QUALITY

Pursuant to Arizona Revised Statutes, Title 49, Chapter 2, Articles 9 and 10, and Arizona Administrative Code, Title 18, Chapter 5, Article 1, the Arizona Department of Environmental Quality finds that

**LARRY KAPP**

has complied with the requirements for operator certification in the State of Arizona, and issues this Certificate of Registration as a

**GRADE 1 WASTEWATER COLLECTION SYSTEM OPERATOR**

| Operator ID No. | Expiration Date |
|---|---|
| 22054 | 5/31/2007 |

Tony Bode
Drinking Water Section
Operator Certification Program

Please notify the Operator Certification Program at (602) 771-4644:

*1) Within 10 days of an address change, or*

*2) To renew your certificate. You will not be notified regarding your certificate expiration.*

# Pima Community College

## Larry Anthony Kapp

*Has completed the requirements for the*

*Certificate*

**Certificate Program**

**Hazardous Materials Mgmt**

*thereby conferred by the*

*Pima County Community College District*

*December, 2004*

*Brenda D. Even*
Chair, Board of Governors

*Roy Flores*
Chancellor



# Pima Community College

## Larry Anthony Kapp

*Has completed the requirements for the*

*Certificate*

*in*

**Certificate Program**

**Water/Wastewater Systems Tech**

*thereby conferred by the*

*Pima County Community College District*

*August, 2004*

PIMA COUNTY COMMUNITY COLLEGE DISTRICT TUCSON, ARIZONA

*Brenda D. Even*
Chair, Board of Governors

*Roy Flores*
Chancellor



# PimaCountyCommunityCollegeDistrict

## Community Campus

Presents this award of completion to

*Larry Kapp*

for successfully completing a course of study in

*Basic Environmental Technology*

*Water Wastewater Technology*

*August 19, 2004*
Date

Dean of Workforce and Business Development, Community Campus



PimaCountyCommunityCollegeDistrict
Environmental Technology Program

# Certificate of Completion

*Be it known that* **Larry Kapp** *having submitted acceptable evidence of qualification by training is hereby granted this Certificate of Completion in EVT 251 OSHA 40: Hazardous Materials Taken through Community Campus*

*April 21, 2004*

Bernie Bennett, Director

Instructor



*PimaCountyCommunityCollegeDistrict*
*Environmental Technology Program*

# *Certificate of Completion*

*Be it known that* **Larry Kapp** *having submitted acceptable evidence of qualification by training is hereby granted this Certificate of Completion in ENV 200 OSHA 30: Industrial Workplace Safety Taken through Community Campus (CRN 91892)*

*May 2, 2003*

*Bernie Bennett, Director*

*Instructor*



# Pima Community College

Search [ ] Go

RETURN TO MENU | SITE MAP | HELP | EXIT

[ Personal Information | Student Services & Financial Aid | Faculty Services | Employee ]

## Student Academic Transcript

This is not an official transcript. Courses which are in progress may also be included on this transcript.

**Student Name: Larry A. Kapp**

Transfer Credit Institution Credit Transcript Totals Courses in Progress

***Degree Summary***

**Degree Information**

| | | | |
|---|---|---|---|
| **Pending:** | Certificate Program | **Degree Date:** | |
| **Major:** | Water/Wastewater Systems Tech | | |
| **Denied:** | AGEC-B Certification | **Degree Date:** | |
| **Major:** | Business | **Concentrations:** | Administration |

***This is NOT an Official Transcript***

**INSTITUTION CREDIT** -Top-

**Spring 1989**

**Major:** General Studies

**Academic Standing:**

| SUBJ | CRSE | CMP | LEVL | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|---|---|
| REA | 100 | Desert Vista | CR | Reading Fundamentals | W | 4.00 | 0.00 | |

**Term Totals (Credit)**

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current:** | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Cumulative:** | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

This is not an official transcript.

**Fall 1989**

**Major:** General Studies

**Academic Standing:**

| SUBJ | CRSE | CMP | LEVL | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|---|---|
| IFS | 103 | Community | CR | Ifs Prep: Salad Making | B | 1.00 | 3.00 | |
| IFS | 104 | Community | CR | Ifs Prep: Sandwich Making | B | 1.00 | 3.00 | |
| IFS | 106 | Community | CR | Ifs Prep: Bread Making | A | 1.00 | 4.00 | |

| SUBJ | CRSE | CMP | LEVL | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|---|---|
| [redacted] | 107 | Community | CR | Ifs Prep: Dessert Making | Y | 1.00 | 0.00 | |

**Term Totals (Credit)**

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current:** | 4.00 | 3.00 | 3.00 | 3.00 | 10.00 | 3.33 |
| **Cumulative:** | 8.00 | 3.00 | 3.00 | 3.00 | 10.00 | 3.33 |

[redacted] transcript.

**Full Academic Year 2002/03**

**Major:** Undeclared

**Academic Standing:**

| SUBJ | CRSE | CMP | LEVL | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|---|---|
| ENV | 102 | Community | CR | Hydraulics | W | 4.00 | 0.00 | |
| ENV | 132 | Community | CR | W & Ww Conveyance Systems | A | 4.00 | 16.00 | |
| ENV | 150 | Community | CR | Intro To Haz Mat&Epa Comp | A | 3.00 | 12.00 | |
| ENV | 153 | Community | CR | Chemistry Of Haz Mat | B | 3.00 | 9.00 | |
| ENV | 156 | Community | CR | D.O.T. Haz-Mat & Haz-Comm | A | 4.00 | 16.00 | |
| ENV | 172 | Community | CR | Water & Ww Op Proficiency | A | 2.00 | 8.00 | |
| ENV | 175 | Community | CR | Pollution Mgt Proficiency | A | 2.00 | 8.00 | |
| ENV | 200 | Community | CR | OSHA 30: Ind/Work Safety | B | 3.00 | 9.00 | |
| POS | 110 | Community | CR | Amer Nat Gov & Politics | A | 3.00 | 12.00 | |

**Term Totals (Credit)**

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current:** | 28.00 | 24.00 | 24.00 | 24.00 | 90.00 | 3.75 |
| **Cumulative:** | 36.00 | 27.00 | 27.00 | 27.00 | 100.00 | 3.70 |

This is not an official transcript.

**Full Academic Year 2003/04**

**Major:** General Studies

**Academic Standing:**

| SUBJ | CRSE | CMP | LEVL | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|---|---|
| BUS | 100 | Community | CR | Introduction To Business | A | 3.00 | 12.00 | |
| BUS | 151 | Community | CR | Mathematics Of Business | A | 3.00 | 12.00 | |
| ENV | 106 | Community | CR | Chem-Water/Wastewater Tmt | A | 3.00 | 12.00 | |
| EVT | 130 | Community | CR | Intro Water & Wastewater Treat | A | 4.00 | 16.00 | |
| EVT | 240 | Community | CR | Advanced Water Treatment | A | 3.00 | 12.00 | |
| EVT | 251 | Community | CR | OSHA 40: Haz Mat Health Safety | A | 3.50 | 14.00 | |
| GTM | 105 | Community | CR | Applied Technical Math | A | 3.00 | 12.00 | |
| MGT | 110 | Community | CR | Human Rel In Bus & Indus | A | 3.00 | 12.00 | |
| MGT | 124 | Community | CR | Small Business Management | A | 3.00 | 12.00 | |
| WRT | 101 | Community | CR | Writing I | A | 3.00 | 12.00 | |

**Term Totals (Credit)**

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current:** | 31.50 | 31.50 | 31.50 | 31.50 | 126.00 | 4.00 |
| **Cumulative:** | 67.50 | 58.50 | 58.50 | 58.50 | 226.00 | 3.86 |

This is not an official transcript.

**TRANSCRIPT TOTALS (CREDIT)** -Top-

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Total Institution:** | 67.50 | 58.50 | 58.50 | 58.50 | 226.00 | 3.8( |
| **Total Transfer:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.0( |
| **Overall:** | 67.50 | 58.50 | 58.50 | 58.50 | 226.00 | 3.8( |

This is not an official transcript.

**COURSES IN PROGRESS** -Top-

**Full Academic Year 2003/04**

**Major:** General Studies

| SUBJ | CRSE | CMP | LEVL | Title | Credit Hours |
|---|---|---|---|---|---|
| ACC | 100 | Community | | Practical Account Proced | 3.00 |
| EVT | 101 | Community | | Intro Environment Technology | 4.00 |
| EVT | 102 | Community | | Hydraulics | 4.00 |
| EVT | 105 | Community | | Humanity/Environmental Science | 3.00 |
| HIS | 101 | Community | | Intro To Western Civ I | 3.00 |

This is not an official transcript.

Release: 5.3.0.1

