UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Larry Kapp,
    Petitioner

v.                      Case No.  1:02-cr-23-1
                                (1:05-cv-548)

United States of America,
    Respondent

**ORDER**

    This matter is before the Court on Petitioner's Motion to Vacate, Correct, or Set Aside Sentence pursuant to 28 U.S.C. § 2255 (Doc. 108).

    It is **ORDERED** that the Clerk serve a copy of this Order upon the United States Attorney, such service to constitute notice to answer or otherwise plead to the complaint pursuant to Rule 4(b) and 5 of the Rules Governing Section 2255, within twenty (20) days of the date of this Order.

Date: <u>August 22, 2005</u>             s/Sandra S. Beckwith
                                                    Sandra S. Beckwith, Chief Judge
                                                    United States District Court