## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

**Larry Kapp,**
    **Petitioner**

-vs-                                 Case No.   1:02-cr-23-1

**United States of America,**
    **Respondent**

# JUDGMENT

        **Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X        **Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that petitioner's motion to vacate, set aside, or correct sentence is **DENIED**.

    A certificate of appealability will not issue with respect to petitioner's claim for relief because petitioner has failed to make a substantial showing of the denial of a federal constitutional right remediable in this habeas corpus proceeding.

    This Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Order would not be taken in good faith, and therefore, denies any application by petitioner to proceed in forma pauperis.

Date:   October 4, 2005                                        James Bonini, Clerk

                                                By:  s/Mary C. Brown
                                                     Mary C. Brown, Deputy Clerk